# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| VALOR PERSONAL ASSISTANCE SERVICE, INC., § § § *Plaintiff*, § § v. § § BANK OF AMERICA, N.A., § § *Defendant*. § | No. 3:24-CV-00176-LS |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 15, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**